# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

BENJAMIN ROSENTHAL

CRIMINAL ACTION: 3:16-cr-00073

JUDGE BRIAN A. JACKSON

## UNOPPOSED MOTION TO CONTINUE

NOW INTO COURT, through undersigned counsel, comes Defendant Benjamin Rosenthal who respectfully moves this Honorable Court for a continuance of his sentencing scheduled for July 21, 2017 on the following grounds:

1.

Mr. Rosenthal's sentencing was originally set for July 14, 2017 in part to accommodate a medical expert who will be giving testimony in support of Benjamin Rosenthal's sentencing. The sentencing was reset by the Court, for scheduling reasons, for July 21, 2017 at 9:30 a.m.

2.

The doctor retained by Benjamin Rosenthal is available every Friday between now and September 30, 2017 except for July 21, 2017, August 11, 2017, and September 22, 2017.

3.

Undersigned counsel has conferred with Jamie Flowers, attorney for the Government, who is aware of the situation and expressed no objection to this motion.

4.

Wherefore, due to the unavailability of his expert witness on July 21, 2017, Mr. Rosenthal is requesting a continuance until a date that is convenient for the Court, expert witness and all counsel.

Respectfully submitted,

*/s/ Rachel Conner*
Rachel I. Conner (La. Bar No. 29726)
3015 Magazine Street
New Orleans, LA 70115-2232
(504) 581-9083

James E. Boren
830 Main St.
Baton Rouge, La. 70802
jim@jamesboren.com
Phone: (225) 387-5786

*Attorneys for Benjamin Rosenthal*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2017, I filed the foregoing *Motion to Continue* and that all counsel of record were served with a copy of this motion via the CM/ECF System.

*/s/ Rachel Conner*
Rachel I. Conner